# United States District Court

WESTERN DISTRICT OF WASHINGTON

SUNA BESHATOVA

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5658RBL/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

The ALJ erred in her decision as described in the Report and Recommendation; and

The matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

December 6, 2010

WILLIAM M. McCOOL
Clerk

*s/CM Gonzalez*
Deputy Clerk