United States District Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| SUNA BESHATOVA | ) | |
| | ) | NO. 3:09-cv-5658 RBL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR EAJA FEES, EXPENSES, |
| | ) | AND COSTS |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $4,116.53, and expenses of $7.77, for a total of $4,124.30, shall be awarded to Plaintiff.  *See Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).  If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Amy Gilbrough, based upon Plaintiff's

//

//

//

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[3:09-cv-5658 RBL] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900

1  assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to

2  Plaintiff's counsel, Amy Gilbrough, at 1904 Third Ave., Suite 1030, Seattle, Washington 98101.

3  Dated this 27th day of December, 2010.

4

5

6  _____
   RONALD B. LEIGHTON
7  UNITED STATES DISTRICT JUDGE

8  Presented by:

9

10 S/AMY M. GILBROUGH_____
   AMY M. GILBROUGH
11 Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[3:09-cv-5658 RBL] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900